UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CR-052 JD |
| | ) | |
| JAMES TOLSON | ) | |

<u>ORDER</u>

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 9, 2013 [DE 51]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant James Tolson's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  September 28, 2013

                                                      /s/ JON E. DEGUILIO
                                                      Judge
                                                      United States District Court